PEOPLE, Respondent, v. DILLON, Appellant. (Supreme Court, Appellate Division, Fourth

Department. September 27, 1899.) Proceedings by the people against Edward J. Dillon. No opinion. Judgment of conviction and order affirmed, and judgment to be entered and certified to Oneida county court, with directions to proceed in accordance with section 547 of the Code of Criminal Procedure.